# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMIAH SCOTT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74287

FILED

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from "the rulings in the above referenced case." Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our initial review of this appeal revealed a jurisdictional defect. Specifically, our review of the district court minute entries indicates that no order has been entered in the underlying matter from which this court can properly exercise its appellate jurisdiction. Further, no statute or court rule provides for an appeal from district court orders granting a motion to revoke defendant's phone privileges, requiring material witness to post bail or be committed to custody, and granting the quashing of the material witness warrant. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, on November 9, 2017, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

To date, appellant's counsel has not responded to the order to show cause. Nevertheless, having reviewed the documents filed with the

18-08512

notice of appeal, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:  Hon. Stefany Miley, District Judge
Michael R. Pandullo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Jeremiah Scott